**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7631**

ERIC JOSEPH DEPAOLA,

                    Plaintiff - Appellant,

          v.

BRADLEY TAYLOR, Corrections Officer; MARK D. MULLINS,
Corrections Sergeant; LAFAYETTE FLEMING, Corrections
Lieutenant; STACY MULLINS, Corrections Captain; TONY ADAMS,
Corrections Institutional Investigator; STANLEY, Corrections
Officer, Unknown; CHRISTOPHER DUTTON, Corrections Officer;
TRACY S. RAY, Warden; BRADLEY RAMEY, Corrections Officer;
MICHAEL PHIPPS, Corrections Officer; BRANDON ROBERTS,
Corrections officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge. (7:10-cv-00398-SGW-PMS)

Submitted:  March 13, 2012          Decided:  March 27, 2012

Before NIEMEYER, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Joseph DePaola, Appellant Pro Se.  John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district court's orders granting the Defendants summary judgment in part on his 42 U.S.C. § 1983 (2006) complaint and entering judgment pursuant to the jury's verdict in favor of the Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, DePaola v. Taylor, No. 7:10-cv-00398-SGW-PMS (W.D. Va. Nov. 18, 2011), and deny DePaola's motion for production of a transcript at the Government's expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED